THE PEOPLE OF THE STATE OF NEW YORK ex rel. GILBERT REBBEOR, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Attica, N. Y., Respondent.— Order affirmed, without costs. All concur. (The order dismisses a writ of habeas corpus and remands relator to custody.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

GEORGINA AYRES PUTNAM, Appellant, v. ALICE M. HUBER, Respondent, and ELIZABETH AYRES GRUHN, Defendant — Judgment affirmed, without costs. All concur. (The judgment dismisses plaintiff's complaint in an action to set aside a conveyance of real property on the ground of fraud, undue influence and grantor's unsound mind.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

JOSEPH MURPHY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion granted and order entered May 12, 1928, vacated, with ten dollars costs of this motion. [See 223 App. Div. 818; 224 id. 703.] Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.